AO 450 (Rev. 5/85)

# United States District Court
EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| TREVOR GRAHAM,  )<br>      Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES ANTI-DOPING AGENCY,  )<br>      Defendant.  ) | **JUDGMENT IN A CIVIL CASE**<br>CASE NO. 5:10-CV-194-F |

**Decision by Court.**

     **IT IS ORDERED AND ADJUDGED** that USADA's Motion to Dismiss is ALLOWED. Both of plaintiff Graham's Motion to Deny Relief to Defendant's Attorneys is ALLOWED. The Clerk of Court is DIRECTED to close the case.

     THE ABOVE JUDGMENT WAS ENTERED TODAY, **March 31, 2011**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

Trevor Graham (via regular mail to 1920 Wescott Drive, Raleigh, NC 27614)

H. Lee Davis, Jr. (via CM/ECF Notice of Electronic Filing)

Steven E. Runyan (via CM/ECF Notice of Electronic Filing)

William Bock (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| <u>March 31, 2011</u> | DENNIS P. IAVARONE |
| Date | Clerk of Court |
| | <u>/s/ Susan K. Edwards</u> |
| | *(By) Deputy Clerk* |
| | *Wilmington, NC* |